**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GREAT BASIN RESOURCE WATCH, et al.,

*Plaintiffs,*

v.

DOUGLAS BURGUM, et al.

*Defendant*s.

Case No. 3:26-cv-378-MMD-CLB

**ORDER GRANTING JOINT STIPULATED PROPOSED BRIEFING SCHEDULE**

Plaintiffs Great Basin Resource Watch, Prayer Horse Inc., and Taboosi Dikudu NO'Obatu Numma Cooperative ("Plaintiffs") and Defendants Douglas Burgum, in his official capacity as Secretary of the Interior, the U.S. Department of the Interior, and the U.S. Bureau of Land Management ("Defendants") (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, hereby stipulate to a proposed briefing schedule as to Plaintiffs' Motion for a Preliminary Injunction, filed May 27, 2026, *see* Dkt. No. 11. As a matter of course, Defendants' Response would be due June 10, 2026, and Plaintiffs' Reply would be due June 17, 2026.

The Parties agree to the following schedule:

(1) Defendants' Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction shall be due June 23, 2026;

(2) Plaintiffs' Reply in Support of the Motion for a Preliminary Injunction shall be due July 2, 2026; and

(3) The Parties jointly request a hearing to be held on the motion on July 16 or 17, 2026, or at such date as soon thereafter as is convenient for the Court.

Good cause exists for the requested schedule, which would amount to an extension as compared to the Local Rules. Plaintiffs requested an extended briefing schedule to account for scheduled vacations on the part of counsel for Plaintiffs, and Defendants are willing to agree to the requested extension in the spirit of professional courtesy. The Parties anticipate that a motion for intervention will be filed in short order, which may increase the complexity of this briefing. This is the first extension of time for briefing on this motion. Defendants have agreed to delay the challenged sale of land until July 27, 2026, such that briefing will conclude, and a hearing can be held, prior to the finalization of the sale.

Respectfully submitted this 1st day of June, 2026.

*/s/ Roger Flynn*
Roger Flynn (Colo. Bar # 21078)(Pro Hac Vice)
Jeffrey C. Parsons (Colo. Bar # 30210)(Pro Hac Vice)
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2

Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
jeff@wmaplaw.org

Julie Cavanaugh-Bill (Nevada Bar #11533)
CAVANAUGH-BILL LAW OFFICES, LLC
401 Railroad St., Ste. 307
Elko, Nevada 89801
(775) 753-4357
julie@cblawoffices.org

Attorneys for Plaintiffs


ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice

/s/ *John K. Heise*
John K. Heise (*CM/ECF Registration Forthcoming*)
Trial Attorney
Environment & Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, D.C. 20002
(202) 598-3312
John.Heise@usdoj.gov

*Counsel for Defendants*


IT IS SO ORDERED:

_____
Hon. Miranda M. Du
UNITED STATES DISTRICT JUDGE


DATED: June 2, 2026

3