ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

JOHN K. HEISE
ALISON VICKS
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, DC 20002
(202) 598-3312
(202) 297-2862
John.Heise@usdoj.gov
Alison.Vicks@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH, et al.,<br>*Plaintiffs*,<br>v.<br>DOUGLAS BURGUM, et al.<br>*Federal Defendants*,<br>ATLANTIC RICHFIELD COMPANY,<br>*Intervenor-Defendants*,<br>and<br>SINGATSE PEAK SERVICES,<br>*Intervenor-Defendants*. | Case No. 3:26-cv-378-MMD-CLB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL** |

Pursuant to Local Rule IA 11-6, Federal Defendants hereby move to withdraw John Heise as counsel of record, as Mr. Heise will be leaving the U.S. Department of Justice after August 14, 2026. Alison Vicks will continue to represent Federal Defendants in this matter. Plaintiffs and Intervenor-Defendants have confirmed that they do not oppose this motion.

Dated: August 13, 2026

*/s/ John K. Heise*
JOHN K. HEISE
ALISON S. VICKS
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
150 M Street, N.E.
Washington, DC 20002
(202) 598-3312
(202) 297-2862
John.Heise@usdoj.gov
Alison.Vicks@usdoj.gov

*Attorneys for Federal Defendants*

**ORDER**

The above withdrawal is accepted. IT IS SO ORDERED.
DATED: August 13, 2026.

UNITED STATES MAGISTRATE JUDGE