**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREAT BASIN RESOURCE WATCH; PRAYER HORSE, Inc.; and TABOOSI DIKUDU NO'OBATU NUMMA COOPERATIVE,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS BURGUM, Secretary of the Interior; U.S DEPARTMENT OF THE INTERIOR, and BUREAU OF LAND MANAGEMENT,<br><br>Defendants,<br><br>ATLANTIC RICHFIELD COMPANY,<br><br>Intervenor-Defendant,<br><br>SINGATSE PEAK SERVICES, LLC,<br><br>Intervenor-Defendant. | Case No: 3:26-cv-00378-MMD-CLB<br><br>**ORDER GRANTING PROPOSED JOINT CASE MANAGEMENT and SCHEDULING PLAN** |

Pursuant to this Court's Order dated July 30, 2026 (ECF No. 42), Plaintiffs Great Basin Resource Watch, et al. (GBRW), Federal Defendants U.S. Bureau of Land Management, et al. (Federal Defendants), Defendant-Intervenor Atlantic Richfield Company (ARC), and Defendant-Intervenor Singatse Peak Services (SPS), respectfully submit this Proposed Joint Case Management and Scheduling Plan to govern the resolution of this case.

All parties agree that this case should be decided upon summary judgment based on the full administrative record submitted by Federal Defendants. Accordingly, the parties believe that the requirements regarding discovery and other matters under Local Rule 26 and F.R.C.P. 26 are not applicable.

Therefore, the parties jointly propose the following schedule for production and review of the administrative record and briefing on the merits:

| | |
|---|---|
| August 17, 2026 | Federal Defendants file their response to Plaintiffs' Complaint. |
| September 21, 2026 | Federal Defendants lodge the Administrative Record with this Court and all parties and file the Index and Certification of the Record with the Court. All Record entries will be in searchable electronic PDF format. The Record will include an Index linked to the Record documents in searchable electronic PDF format. Federal Defendants will deliver the Record and Index to all parties' counsel, on a searchable electronic thumbdrive or similar electronic device via overnight delivery, or otherwise by electronic means if the parties so consent. |
| November 2, 2026 | GBRW, ARC, or SPS will disclose to Defendants informally and in writing, via email, any materials that they assert are necessary to supplement or complete the Administrative Records. The Parties shall thereafter seek, in good faith, to resolve any issues informally. |

<u>If a Motion on the Record is Filed</u>

| | |
|---|---|
| November 23, 2026 | GBRW, ARC, or SPS may file a motion to correct, amend or supplement the Record. Page limits for briefing on motion(s) on the Record will comply with Local Rules. Prior to filing any such motion(s), GBRW, ARC, and SPS will confer with Federal Defendants regarding issues concerning the adequacy of the administrative record. |
| December 14, 2026 | Federal Defendants' response(s) to any motion on the Record. |
| January 8, 2027 | Replies on Record motion(s). |

Upon this Court's resolution of the motion(s) on the Record, the parties will promptly confer and propose a schedule for summary judgment briefing.

<u>If No Motion on the Record is Filed</u>

| | |
|---|---|
| November 30, 2026 | GBRW files motion for summary judgment. (40 pages). |
| January 22, 2027 | Federal Defendants file cross-motion for summary judgment. (40 pages). |
| February 5, 2027 | ARC and SPS file cross-motions for summary judgment. (40 pages each). |
| March 5, 2027 | GBRW files one consolidated reply/response in support of its summary judgment motion (40 pages). |
| March 26, 2027 | Federal Defendants file their reply in support of their cross-motion (30 pages). |

| | |
|---|---|
| April 2, 2027 | ARC and SPS file their replies in support of their cross-motions (30 pages each). |

The parties request oral argument on the summary judgment motions, to be held at the court's earliest convenience after briefing is completed.

The parties also stipulate and propose that, because this case will be resolved upon cross-motions for summary judgment based upon the administrative record, the parties need not submit "concise statements" of material fact pursuant to Local Rule 56-1 in support of their briefs and shall include their factual allegations and assertions in their summary judgment briefs, citing the administrative record in support.

Respectfully submitted this 12th day of August, 2026.

*/s/ Roger Flynn*
Roger Flynn (Colo. Bar # 21078)(Pro Hac Vice)
Jeffrey C. Parsons (Colo. Bar # 30210)(Pro Hac Vice)
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
jeff@wmaplaw.org

Julie Cavanaugh-Bill (Nevada Bar #11533)
CAVANAUGH-BILL LAW OFFICES, LLC
401 Railroad St., Ste. 307
Elko, Nevada 89801
(775) 753-4357
julie@cblawoffices.org

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. DEPARTMENT OF JUSTICE

*/s/ Alison S. Vicks*
ALISON S. VICKS
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section

150 M Street, N.E.
Washington, DC 20002
(202) 297-2862
Alison.Vicks@usdoj.gov

*Attorneys for Federal Defendants*

*<u>/s/ Robert A. Dotson</u>*,
Robert A. Dotson, Nevada Bar # 5285
Daniel T. Hayward, Nevada Bar # 5986
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
(775) 501-9400
rdotson@dhvnv.com
dhayward@dhvnv.com

Kathleen C. Schroder (Pro Hac Vice)
Mark E. Champoux (Pro Hac Vice)
Griffin G. Mansi (Pro Hac Vice)
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, Colorado 80205
(303) 892-9400
katie.schroder@davisgraham.com
mark.champoux@davisgraham.com
griffin.mansi@davisgraham.com

*Attorneys for Atlantic Richfield Company*

*<u>/s/ Joel W. Locke</u>*
Joel W. Locke, Nevada Bar # 10128
ALLISON MacKENZIE, LTD.
402 N. Division Street
Carson City, NV 89703
jlocke(@allisonmackenzie.com

Justin R. DePaul, Esq. (Pro Hac Vice)
MAY POTENZA BARAN & GILLESPIE P.C.
1850 N. Central Ave., Suite 1600
Phoenix, AZ 85004-4633
(602) 252-1900
jdepaul@rnaypotenza.co.m

*Attorneys for Singatse Peak Services, LLC*

**<u>ORDER</u>**

It is so ordered.
Dated: August 13, 2026

UNITED STATES MAGISTRATE JUDGE