Julie Cavanaugh-Bill (Nevada Bar #11533)
CAVANAUGH-BILL LAW OFFICES, LLC
401 Railroad St., Ste. 307
Elko, Nevada 89801
(775) 753-4357
julie@cblawoffices.org

Roger Flynn (CO Bar #21078)
Jeffrey C. Parsons (CO Bar #30210)
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
jeff@wmaplaw.org
(*Admitted Pro Hac Vice*)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GREAT BASIN RESOURCE WATCH; PRAYER HORSE, Inc.; and TABOOSI DIKUDU NO'OBATU NUMMA COOPERATIVE,

Plaintiffs,

vs.

DOUGLAS BURGUM, Secretary of the Interior; U.S DEPARTMENT OF THE INTERIOR, and BUREAU OF LAND MANAGEMENT,

Defendants,

ATLANTIC RICHFIELD COMPANY,

Intervenor-Defendant,

SINGATSE PEAK SERVICES, LLC,

Intervenor-Defendant.

Case No: 3:26-cv-00378-MMD-CLB

**ORDER GRANTING PLAINTIFFS' *UNOPPOSED* MOTION FOR EXTENSION OF SUMMARY JUDGMENT BRIEFING SCHEDULE**

Plaintiffs, Great Basin Resource Watch (GBRW), Prayer Horse Inc., and Taboosi Dikudu NO'Obatu Numma Cooperative (collectively Plaintiffs or GBRW) submit this unopposed motion for a two-week extension in the summary judgment briefing schedule. Under the current schedule, plaintiffs' opening summary judgment motion is due on November 30, 2026. ECF No.

54. Pursuant to that schedule, the parties conferred regarding any additions or changes to the administrative record submitted by the Federal Defendants (Bureau of Land Management, et al. BLM), and reserved the right to file motion(s) on that record. Plaintiffs' counsel conferred with counsel for BLM, requesting a number of documents that needed to be added to the record. BLM counsel agreed, and intends to submit the additional bates-stamped documents to the court and all parties by Monday, November 23, 2026.[1]

Plaintiffs request a two-week extension due to the following: (1) The need to review the additional documents to be added to the record in preparing the summary judgment motion; and (2) Extensive pleading/briefing deadlines in the first week of December facing Plaintiffs' lead counsels (Roger Flynn and Jeff Parsons) in federal court: *Save the South Fork Salmon v. U.S. Forest Service*, Ninth Circuit, Appeal No. 26-5580; *Arizona Mining Reform Coalition v. Rollins*, No. 2:21-cv-00122-DWL (D. Ariz.); and *NDN Collective v. U.S. Forest Service*, No. 26-cv-05035-CCT (D. S. Dakota).

Plaintiffs counsel has contacted counsel for all parties. The Federal Defendants stated that they do not oppose this motion. Counsel for Defendant-Intervenors, ARC and Singatse Peak Services (SPS), stated they take no position on this motion.

Accordingly, Plaintiffs propose that all summary judgment (SJ) deadlines be extended two weeks, such that the new schedule would be:

| | |
|---|---|
| Plaintiffs opening SJ motion | December 14, 2026 |
| Federal Defendants SJ response/cross motion | February 5, 2027 |
| ARC/SPS SJ motion/Cross-motion | February 19, 2027 |
| Plaintiffs SJ response/reply | March 19, 2027 |
| Federal Defendants SJ reply | April 9, 2027 |
| ARC/SPS SJ reply | April 16, 2027 |

All other requirements of the current schedule (ECF No. 54) would remain the same.

[1] Via emails to all parties, Intervenor-Defendant Atlantic Richfield Co. (ARC), also communicated with BLM counsel, requesting additional documents. ARC and BLM are still in discussions at this time, and ARC stated its intention to file a motion to supplement the record. However, it is not anticipated that such a motion (which will be unopposed by plaintiffs) will require a further delay in the proposed summary judgment schedule.

Respectfully submitted this 19th day of November, 2026.

/s/ Roger Flynn
Roger Flynn(Colo. Bar # 21078)(Pro Hac Vice)
Jeffrey C. Parsons (Colo. Bar # 30210)(Pro Hac Vice)
WESTERN MINING ACTION PROJECT
P.O. Box 349, 440 Main Street, #2
Lyons, CO 80540
(303) 823-5738
roger@wmaplaw.org
jeff@wmaplaw.org

Julie Cavanaugh-Bill (Nevada Bar #11533)
CAVANAUGH-BILL LAW OFFICES, LLC
401 Railroad St., Ste. 307
Elko, Nevada 89801
(775) 753-4357
julie@cblawoffices.org

Attorneys for Plaintiffs

**ORDER**

It is so ordered.

Dated: November 19, 2026

________________________________
UNITED STATES DISTRICT JUDGE